UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SABETTI CONSTRUCTION, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00472-JJM-LDA |
| | ) |
| SINGLEPOINT, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFAULT JUDGMENT

Defendant Singlepoint, Inc. ("Singlepoint") having failed to plead or otherwise defend in this action and its default having been entered, a default judgment shall enter as follows:

Now, upon application of Plaintiff Sabetti Construction, Inc. ("Sabetti") and supporting affidavit demonstrating that Singlepoint owes Sabetti the principal sum of $200,000.00 and that Singlepoint is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred legal fees in the sum of $20,488.00.

It is hereby ORDERED, ADJUDGED and DECREED that plaintiff recover from defendant the principal amount of $200,000.00, with legal fees in the amount of $20,488.00, and prejudgment interest at the rate of 8.25% from November 10, 2023 through February 7, 2024 in the amount of $18,190.26 for a total judgment of $238,678.26 with interest as provided by law.

Dated: February 8th, 2024

By the Court,
Chief Judge John J. McConnell, Jr.