IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SABETTI CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.: 1:23-cv-00472-JJM-LDA |
| | ) |
| SINGLEPOINT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT SINGLEPOINT, INC.'S MOTION TO VACATE
DEFAULT JUDGMENT AND FOR A TEMPORARY RESTRAINING ORDER**

Defendant SinglePoint, Inc. ("Defendant"), by and through its undersigned attorneys, hereby moves to vacate the default judgment entered against Defendant on February 8, 2024 [ECF 10], pursuant to Federal Rule of Civil Procedure 60(b). Further, Defendant moves for a temporary restraining order to stay execution of the judgment pending resolution of its motion to vacate. In support of the above-described motion, Defendant submits the accompanying Memorandum in Support and exhibits thereto, other materials submitted herewith, and all other pleadings and memoranda on file in this matter.

Date: June 28, 2024

Respectfully Submitted,

By: /s/ Edward Andrew Paltzik

Edward Andrew Paltzik, Esq. (*pro hac vice*)
Geneva Hernandez, Esq. (*pro hac vice*)
**BOCHNER PLLC**
1040 Avenue of the Americas, 15th Fl.
New York, New York 10018
(516) 526-0341
edward@bochner.law
ghernandez@bochner.law

/s/ *Stephen M. Prignano*

Stephen M. Prignano, Esq. (#3649)
**MCINTYRE TATE LLP**
50 Park Row West, Suite 109
Providence, Rhode Island 02903
(401) 351-7700
(401) 331-6095 (Fax)
SPrignano@McIntyreTate.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2024, I cause a true and correct copy of the foregoing DEFENDANT SINGLEPOINT, INC.'S MOTION TO VACATE DEFAULT JUDGMENT AND FOR A TEMPORARY RESTRAINING ORDER to be served on all counsel of record via the Court's CM/ECF system.

Dated: June 28, 2024                                         /s/ Edward Andrew Paltzik
                                                                                     Edward Andrew Paltzik, Esq.