# EXHIBIT B

APPROVING THE FIRST AMENDMENT TO THE LETTER OF INTENT DATED JANUARY 9, 2023, BY AND BETWEEN SINGLEPOINT INC. ("PURCHASER" OR THE "BUYER") AND SABETTI CONSTRUCTION INC. (THE "SELLER" OR THE "COMPANY") SPECIFICALLY RELATED TO SECTION "**XII. CLOSING.**"

WHEREAS, Section "XII. Closing." will be amended to state the following:

I.   **CLOSING.**  During due diligence, the Buyer will prepare the Definitive Purchase Agreement and any related agreements, and the parties shall use their best efforts to execute the Definitive Purchase Agreement and any related agreements, which will be agreed upon by May 19, 2023, and signed no later than June 12, 2023 unless mutually agreed upon by both Parties.

Agreed and accepted by SinglePoint Inc., and Sabetti Construction Inc., on May 10, 2023.


**SINGLEPOINT INC.:**

**By:** _/s/ Wil Ralston_
Mr. Wil Ralston
Chairman & Chief Executive Officer
May 10, 2023



**SABETTI CONSTRUCTION INC.:**

**By:** _/s/ Doug Sabetti_
Mr. Doug Sabetti
Founder & Chief Executive Officer
May 10, 2023