# EXHIBIT C

## Second Amendment to
## Letter of Intent

This Second Amendment to Letter of Intent (the "Second Amendment") is entered into as of June 22, 2023 (the "Effective Date").

WHEREAS, SinglePoint Inc., a Nevada corporation ("SinglePoint") and Sabetti Construction Inc. (d/b/a Newport Solar), a Rhode Island corporation ("Newport") (SinglePoint and Newport, together, the "Parties") entered into a Letter of Intent dated January 9, 2023 (the "LOI"), as amended by that certain First Amendment to Letter of Intent dated as of May 10, 2023, that, except with respect to certain provisions, was non-binding, for SinglePoint to purchase either the stock or assets of Newport for total consideration of $3,000,000.00 (the "Transaction");

WHEREAS, the Parties have been negotiating in good faith to finalize an Asset Purchase Agreement (the "Purchase Agreement") and close the Transaction;

WHEREAS, the Parties anticipate an amended closing date of July 14, 2023 (the "Closing Date");

NOW THEREFORE, for good and valuation consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties wish to enter into this Amended LOI and agree as follows:

I. **CLOSING.**  The Parties will execute the Purchase Agreement and all other ancillary documents necessary to close the Transaction and will close the Transaction on or before the Closing Date, unless mutually agreed upon by both Parties.

II. **EXCLUSIVE NEGOTIATING PERIOD**.  The Parties agree that the exclusive negotiating period set forth in paragraph XIV of the LOI is hereby extended until the Closing Date.

III. **ADDITIONAL CONSIDERATION**.  In consideration for Newport's agreement to further extend the exclusive negotiating period, SinglePoint will issue to Newport shares of SinglePoint's stock worth $100,000.00 based upon the last closing price of SinglePoint's stock prior to the Effective Date, which will be issued to Newport as soon as commercially reasonable but in no event later than seven (7) days following the Effective Date. In the event that SinglePoint fails to issue the stock within seven (7) days of the Effective Date, Newport shall have the option to terminate the LOI at which time this Second Amendment shall be void except for SinglePoint's obligations to pay the Break Up Fee set forth in paragraph V.

IV. **WAIVER OF CLAWBACK RIGHT**.  SinglePoint shall, and hereby does, waive its right to claw back any shares of SinglePoint's stock issued to Newport pursuant to paragraph III hereof and paragraph XIV in the LOI.

V. **REMEDY FOR FAILURE TO CLOSE.**  Unless caused by Newport's failure or refusal to close the Transaction by the Closing Date, in the event that SinglePoint does not close the Transaction by the Closing Date, SinglePoint shall pay to Newport $100,000.00 (the "Break Up Fee") within thirty (30) business days, which shall be Newport's sole and exclusive

remedy for any failure to close the Transaction.

VI. **BINDING PROVISIONS**.  The Parties agree that the provisions of this Second Amendment are binding upon the parties.

VII.     **SUPERSEDING AMENDMENT.**  This Amended LOI shall bind the Parties hereto and supersede the LOI, except where explicitly stated.  Except as amended hereby, the LOI shall remain in full force and effect and shall not be otherwise amended except as set forth herein.

[*Signature Page to Follow*]

Agreed and accepted as of this 22nd day of June, 2023.

**SINGLEPOINT INC.:**

**By:** *Wil Ralston*
Mr. Wil Ralston
Chairman & Chief Executive Officer

**SABETTI CONSTRUCTION INC.:**

**By:** *[DocuSigned by: BF453EE5E1684BE...]*
Mr. Doug Sabetti
Founder & Chief Executive Officer

Page **3** of **3**