# EXHIBIT E



Wil Ralston <wilr@singlepoint.com>

# Fw: Sabetti Construction, Inc. Transaction - Mark Cordeiro Employment Agreement

**Brett Joshpe** <Joshpe@mintzandgold.com>    Tue, Jul 11, 2023 at 9:42 AM
To: Wil Ralston <wilr@singlepoint.com>, "barney@singlepoint.com" <barney@singlepoint.com>, Corey Lambrecht <coreyl@singlepoint.com>, Chad Miles <chad@singlepoint.com>

Hey guys, see below and attached. I am also including in this email my initial accepted and rejected changes to the edited Cordeiro employment agreement. We should discuss. Also, this does potentially give you guys an "out" or at least an argument for extending the closing deadline since there are some material changes in here that they are proposing at the last minute. Let's discuss.

Brett Joshpe, Esq.
Partner
**MINTZ & GOLD LLP**
600 Third Avenue, 25th Floor
New York, NY 10016
Office (212) 407-0413
Cell (917) 828-6237
joshpe@mintzandgold.com
www.mintzandgold.com

---

**From:** Eric Sigman <ems@riw.com>
**Sent:** Monday, July 10, 2023 1:35 PM
**To:** Brett Joshpe <Joshpe@mintzandgold.com>
**Cc:** Kenneth Kams <ken@kamslawgroup.com>; Sarah Grossman

<sarah@baystatebusinessbrokers.com>
**Subject:** Sabetti Construction, Inc. Transaction - Mark Cordeiro Employment Agreement

Brett

Attached please find comments to the draft employment agreement for Mark Cordeiro from Mark's counsel Kenneth Kams. I have copied Attorney Kams here so you can coordinate the revisions directly with him.

Ken, please meet Brett Joshpe from Mintz and Gold who is representing the buyer in our transaction.

Please let me know if there is anything else I can do to assist.

Thank you

Eric

### Eric M. Sigman, Esq.

Shareholder

255 State Street, 7th Floor | Boston, MA 02109
Direct: 617.570.3575 | Cell: 978.844.0435
Office: 617.742.4200 |
e-mail: ems@riw.com | www.riw.com

Follow RIW on LinkedIn, Twitter & Facebook



6/13/24, 8:44 AM                    Jungle Plant, Inc. Mail - Document Construction, Ind. Transaction, 3/2/14 Cordeiro Employment Agreement

Case 1:23-cv-00472-JJM-LDA    Document 19-7    Filed 06/28/24    Page 4 of 4 PageID #: 131

NOTICE: This email with its attachments, if any, is intended solely for permitted use by authorized recipients. If you are not an authorized recipient of this email, your retention, transmission, disclosure, or use of this email is prohibited. If you received this email in error, please notify the sender and delete this email and its attachments from your devices and systems.

**2 attachments**


**Mark Cordeiro Draft Employment Agreement (v5 - revised draft) (01277197xA4627).docx**
45K


**Mark Cordeiro Draft Employment Agreement (v5 - revised draft) (01277197xA4627).docx**
52K