# EXHIBIT H



| | 05/31/2024 | Legal Order, LTS P053124000114 | | | -105,261.91 | 25,287.77 |
|---|---|---|---|---|---|---|
| | | **Edit Description** | | | | |
| | | Type: | Debit | | | |
| | | Description: | Legal Order, LTS P053124000114 | | | |
| | | Merchant name: | Legal Order, LTS P053124000114  Edit | | | |
| | | Merchant information: | | | | |
| | | Transaction category: | Savings & Transfers: Transfers  Edit | | | |
| | | ⚠ We're sorry, but we aren't able to show your notices right now. To view them, you can visit a banking center or try again later | | | | |
| | | Print transaction details | | | | |
| | 05/31/2024 | Legal Order, LTS P053124000114 | | | -105,261.91 | 25,287.77 |
| | | **Edit Description** | | | | |
| | | Type: | Debit | | | |
| | | Description: | Legal Order, LTS P053124000114 | | | |
| | | Merchant name: | Legal Order, LTS P053124000114  Edit | | | |
| | | Merchant information: | | | | |
| | | Transaction category: | Savings & Transfers: Transfers  Edit | | | |
| | | ⚠ We're sorry, but we aren't able to show your notices right now. To view them, you can visit a banking center or try again later | | | | |
| | | Print transaction details | | | | |