# EXHIBIT I



Wil Ralston <wilr@singlepoint.com>

---

## Legal Order Withdraw
10 messages

---

**Wil Ralston** <wilr@singlepoint.com>  
To: "Powell, Brett" <brett.powell@bofa.com>  
Mon, Jun 3, 2024 at 6:11 AM

Brett - What are the details on this legal order withdrawal?

I have no idea what this could be.

Regards,

Wil Ralston, CEO

SinglePoint, Inc. (CBOE:SING)

1.888.682.7464 (work)

602.606.7689 (cell)



CONFIDENTIALITY NOTICE -- This email is **intended only for the person(s) named in the message header**. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message.

---

**Powell, Brett** <brett.powell@bofa.com>  
To: Wil Ralston <wilr@singlepoint.com>  
Mon, Jun 3, 2024 at 8:27 AM

Hi Wil,

I am researching now. I will let you know what I find out.

Regards,

Brett

Brett W. Powell

VP , Senior Relationship Manager

Business Banking

Bank of America

14636 N Scottsdale Rd Ste 250 | Scottsdale AZ 85254

**T.** 480.624.0609 |**Cell & Text** 602.315.9749

Brett.Powell@bofa.com

http://rm.bofaml.com/brett.powell/

Sr. Sales Support Associates-AVP

**Patricia (Patty) Ruiz**

**T**. 480.624.0648 **F**. 804-266-8154

Patricia.ruiz@bofa.com

**BANK OF AMERICA**

**FOR IMMEDIATE ASSISTANCE PLEASE CONTACT:**

**Client Service Center** – 888.400.9009 or email eservice@bankofamerica.com

(servicing needs such as balances, check copies, statement copies, stop payments, research & transfers)

**CashPro Helpdesk** – 888.589.3473

**Check & Deposit Slip Orders** – 877.202.8972

**Commercial Credit Card** – 800.822.5985

**Fraud** – 877.220.0891

**Merchant Services** – 800.430.7161

**Wire Transfer** – 800.729.9473

**Wire Transfer Confirmations** – 800.577.9473

[Quoted text hidden]

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/consumer-privacy-notice (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).

This email may contain a promotion of products or services. If you would like to unsubscribe from receiving emails like this, please update your Email Preferences here: https://preferences.em.bankofamerica.com/Prefs/emailoptout. Unsubscribing will not affect delivery of important service messages that we may need to send you or preferences you may have previously set for other email services. Bank of America, 100 North Tryon St., Charlotte, NC 28255.

---

**Wil Ralston** <wilr@singlepoint.com>  Mon, Jun 3, 2024 at 9:51 AM
To: "Powell, Brett" <brett.powell@bofa.com>

Brett - would it be easier if I went to a branch.


Wil Ralston, CEO

SinglePoint, Inc. (CBOE:SING)

1.888.682.7464 (work)

602.606.7689 (cell)



CONFIDENTIALITY NOTICE -- This email is **intended only for the person(s) named in the message header**. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message.

[Quoted text hidden]

---

**Powell, Brett** <brett.powell@bofa.com>  Mon, Jun 3, 2024 at 9:53 AM
To: Wil Ralston <wilr@singlepoint.com>

No, they will just give you a phone number to call. We requested a copy of the legal order. Once I receive it we will send it over.

[Quoted text hidden]
[Quoted text hidden]

---

**Wil Ralston** <wilr@singlepoint.com>  Mon, Jun 3, 2024 at 9:54 AM
To: "Powell, Brett" <brett.powell@bofa.com>

Thank you. Does that have to be requested from outside the bank or is that an internal request?

Wil Ralston, CEO

SinglePoint, Inc. (CBOE:SING)

1.888.682.7464 (work)

602.606.7689 (cell)



CONFIDENTIALITY NOTICE -- This email is **intended only for the person(s) named in the message header**. Unless otherwise indicated, it contains information that is confidential, privileged and/or exempt from disclosure under applicable law. If you have received this message in error, please notify the sender of the error and delete the message.

[Quoted text hidden]

---

**Powell, Brett** <brett.powell@bofa.com>  Mon, Jun 3, 2024 at 9:57 AM
To: Wil Ralston <wilr@singlepoint.com>

When the bank is served with a signed egal order we have to abide with the demand. Getting a copy of the legal order will provide clarification.

[Quoted text hidden]
[Quoted text hidden]

---

**Wil Ralston** <wilr@singlepoint.com>  Mon, Jun 3, 2024 at 2:47 PM
To: "Powell, Brett" <brett.powell@bofa.com>

Brett - any update here?

Sent from my mobile device
[Quoted text hidden]

---

**Powell, Brett** <brett.powell@bofa.com>  Mon, Jun 3, 2024 at 2:51 PM
To: Wil Ralston <wilr@singlepoint.com>

No not yet.

[Quoted text hidden]
[Quoted text hidden]

**Wil Ralston** <wilr@singlepoint.com>                                              Mon, Jun 3, 2024 at 3:06 PM
To: "Powell, Brett" <brett.powell@bofa.com>

Seems like this should be something that should be readily available when the bank just withdraws 225k. I mean I can't imagine a business that wouldn't be impacted by this and can wait a business day to deal with.

Sent from my mobile device

[Quoted text hidden]

---

**Powell, Brett** <brett.powell@bofa.com>                                           Mon, Jun 3, 2024 at 3:29 PM
To: Wil Ralston <wilr@singlepoint.com>

The information I was able to obtain is the message "CUSTCALL 6175703503-RI RI Writ of Attach".

[Quoted text hidden]
[Quoted text hidden]