# EXHIBIT J



Wil Ralston <wilr@singlepoint.com>

# Singlepoint Account action
2 messages

**Wil Ralston** <wilr@singlepoint.com>　　　　　　　　　　　　　　　　　　　Thu, Jun 6, 2024 at 11:07 AM
To: "Powell, Brett" <brett.powell@bofa.com>
Bcc: Barney Monte <barney@singlepoint.com>

Hello Brett, please forward to any additional parties necessary.

It has come to our attention that a judgment and levy of execution have been placed on our operating accounts (the "Account"). This is a matter of utmost urgency that requires your immediate attention.

The judgment on which the execution is based is a default judgment (the "Judgment") because we were never served a complaint nor did we have any notice or knowledge of this suit. We understand from counsel that the facts here clearly warrant the vacation of the default and Judgment.

We are taking immediate action, including initiating discussions with the Judgment holder in an effort to avoid further litigation. However, should an agreement not be reached, we are fully prepared to vigorously defend our position, which is that the claims on which the Judgment is based lack merit.

Access to the money in the Account is vital to the continued operation of our business. Without the cash in the account or access to the account, our firm may need to discontinue operations and could suffer irreparable damage, in which case we intend to hold our parties who played a role liable.

We ask that you reinstate our access to the Account or prevent to satisfaction of the Judgment and levy until further discussions or litigation reach their end.

I am happy to discuss at your convenience and can be reached at any time.

Regards

Wil Ralston
2064653216
CEO
Singlepoint Inc.

Sent from my mobile device

**Powell, Brett** <brett.powell@bofa.com>　　　　　　　　　　　　　　　　　　Mon, Jun 10, 2024 at 10:40 AM
To: Wil Ralston <wilr@singlepoint.com>

Hi Wil,

I sent your email to our legal order department. Any access to the funds should be directed to the law firm who served us the original judgement and levy order. We would need another legal order to release the funds.

Regards,

Brett

Brett W. Powell

VP , Senior Relationship Manager

Business Banking

Bank of America

14636 N Scottsdale Rd Ste 250 | Scottsdale AZ 85254

**T.** 480.624.0609 |**Cell & Text** 602.315.9749

Brett.Powell@bofa.com

**http://rm.bofaml.com/brett.powell/**

Sr. Sales Support Associates-AVP

**Patricia (Patty) Ruiz**

**T**. 480.624.0648 **F**. 804-266-8154

Patricia.ruiz@bofa.com

**BANK OF AMERICA**

**FOR IMMEDIATE ASSISTANCE PLEASE CONTACT:**

**Client Service Center** – 888.400.9009 or email eservice@bankofamerica.com

(servicing needs such as balances, check copies, statement copies, stop payments, research & transfers)

**CashPro Helpdesk** – 888.589.3473

**Check & Deposit Slip Orders** – 877.202.8972

**Commercial Credit Card** – 800.822.5985

**Fraud** – 877.220.0891

**Merchant Services** – 800.430.7161

**Wire Transfer** – 800.729.9473

**Wire Transfer Confirmations** – 800.577.9473

[Quoted text hidden]

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/consumer-privacy-notice (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).

This email may contain a promotion of products or services. If you would like to unsubscribe from receiving emails like this, please update your Email Preferences here: https://preferences.em.bankofamerica.com/Prefs/emailoptout. Unsubscribing will not affect delivery of important service messages that we may need to send you or preferences you may have previously set for other email services. Bank of America, 100 North Tryon St., Charlotte, NC 28255.